ACCEPTED
15-25-00142-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
1/6/2026 1:41 PM
CHRISTOPHER A. PRINE
CLERK

# COURTESY NOTICE OF RELATED FEDERAL ACTION

RECEIVED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
1/6/2026 1:41:46 PM
CHRISTOPHER A. PRINE
Clerk

(Informational Only – No Relief Requested)

Cause No. 15-25-00142-CV

In the Fifteenth Court of Appeals

State of Texas

IN RE: Robert Edward Battaile, Appellant/Relator

v

Texas Elections Division; Hon. Jane Nelson; Texas Secretary of State et al.

TO THE HONORABLE JUSTICES OF THE FIFTEENTH COURT OF APPEALS:

Appellant/Relator Robert Edward Battaile, proceeding pro se, files this courtesy notice solely to advise the Court of a related federal action recently filed and now pending.

On December 29, 2025, Robert Battaile, Bobby Ray Reese and the Austin Bocce League filed a RICO civil action in the United States District Court for the Western District of Texas, Austin Division, styled:

Robert Edward Battaile, Bobby Ray Reese and Austin Bocce League v State of Texas, Travis County, City of Manor et al.

Civil Action No. 1:25CV02149RP in the Western District Austin Court.

The federal action arises from the same core factual circumstances previously presented

to this Court, including allegations concerning election interference, denial of ballot access, retaliatory law-enforcement action, civil rights violations, obstruction of judicial process, and coordinated misconduct by municipal and county officials. The federal case asserts claims under 42 U.S.C. § 1983, RICO, and related federal and state law theories, and seeks emergency and structural relief, including a temporary restraining order affecting the challenged election.

This notice is provided for informational purposes only, to advise the Court of parallel federal proceedings addressing substantially overlapping facts and issues. No action, ruling, or relief is requested by virtue of this filing.

Respectfully submitted,


   /s/  *Robert Edward Battaile*

Robert Edward Battaile
Appellant/Relator, Pro Se
502 E. Eggleston St., Unit B
Manor, Texas 78653
robert@manortx.us

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing Courtesy Notice of Related Federal Action was served on all counsel of record via the Texas eFile system on this 6th day of January, 2026 by


   /s/  *Robert Edward Battaile*

Robert Edward Battaile, Pro Se

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 109709026
Filing Code Description: Letter
Filing Description: Letter re Federal RICO Filing
Status as of 1/6/2026 1:49 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Jeffrey Hobbs | 24012837 | jhobbs@abaustin.com | 1/6/2026 1:41:46 PM | SENT |
| Michael Kabat | 24050847 | mkabat@mcginnislaw.com | 1/6/2026 1:41:46 PM | SENT |
| Joanna Salinas | 791122 | joanna.salinas@fletcherfarley.com | 1/6/2026 1:41:46 PM | SENT |
| William Davidson | 5447000 | bdavidson@chmc-law.com | 1/6/2026 1:41:46 PM | SENT |
| Gavin Villareal | 24008211 | gavin.villareal@bakerbotts.com | 1/6/2026 1:41:46 PM | SENT |
| Michael Roberts | 24082153 | mroberts@jw.com | 1/6/2026 1:41:46 PM | SENT |
| Cynthia Veidt | 24028092 | cynthia.veidt@traviscountytx.gov | 1/6/2026 1:41:46 PM | SENT |
| Stephanie Serrano | 24092655 | sserrano@rothberg.law | 1/6/2026 1:41:46 PM | SENT |
| Kevin O'Hanlon | 15235500 | kohanlon@808west.com | 1/6/2026 1:41:46 PM | SENT |
| Patrick Kelly | 11228000 | pat.kelly@traviscountytx.gov | 1/6/2026 1:41:46 PM | SENT |
| Tyler Ryska | 24096597 | tryska@rigbyslack.com | 1/6/2026 1:41:46 PM | SENT |
| Austin Jones | 24116579 | ajones@mcginnislaw.com | 1/6/2026 1:41:46 PM | SENT |
| William Duncan | 24124453 | wduncan@rigbyslack.com | 1/6/2026 1:41:46 PM | SENT |
| Roy Adams | | roy.adams@oag.texas.gov | 1/6/2026 1:41:46 PM | SENT |
| Victoria Gomez | | victoria.gomez@oag.texas.gov | 1/6/2026 1:41:46 PM | SENT |
| Lauren Bush | 24142742 | lbush@jw.com | 1/6/2026 1:41:46 PM | SENT |
| Anna Puff | 24144206 | gtwnfilings@sneedvine.com | 1/6/2026 1:41:46 PM | SENT |
| Edward Smith | 24037790 | esmith@808west.com | 1/6/2026 1:41:46 PM | SENT |
| Robert EdwardBattaile | | robert@manortx.us | 1/6/2026 1:41:46 PM | SENT |
| Annette Bittick | | abittick@mcginnislaw.com | 1/6/2026 1:41:46 PM | SENT |
| Patricia Muniz | | paralegal@rigbyslack.com | 1/6/2026 1:41:46 PM | SENT |
| Raylynn Howell | | raylynn.howell@bakerbotts.com | 1/6/2026 1:41:46 PM | SENT |

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 109709026
Filing Code Description: Letter
Filing Description: Letter re Federal RICO Filing
Status as of 1/6/2026 1:49 PM CST

Case Contacts

| Raylynn Howell | | raylynn.howell@bakerbotts.com | 1/6/2026 1:41:46 PM | SENT |
|---|---|---|---|---|
| Kim McBride | | kmcbride@mcginnislaw.com | 1/6/2026 1:41:46 PM | SENT |
| Lea Ohrstrom | | lohrstrom@808west.com | 1/6/2026 1:41:46 PM | SENT |
| Sneed Vine &Perry | | gtwnfilings@sneedvine.com | 1/6/2026 1:41:46 PM | SENT |
| Stormy Downing | | sdowning@rrspllc.com | 1/6/2026 1:41:46 PM | SENT |
| Andy Soule | | asoule@rrspllc.com | 1/6/2026 1:41:46 PM | SENT |
| Karah Powers | | kpowers@chmc-law.com | 1/6/2026 1:41:46 PM | SENT |
| Martha AnnAdams | | madams@abaustin.com | 1/6/2026 1:41:46 PM | SENT |
| Benjamin C. Hunt | | ben.hunt@bakerbotts.com | 1/6/2026 1:41:46 PM | SENT |
| Eldridge Burns | | eburns@rrspllc.com | 1/6/2026 1:41:46 PM | SENT |
| Amy Botelho | | abotelho@mcginnislaw.com | 1/6/2026 1:41:46 PM | SENT |
| Carol Shipley | | cshipley@rrspllc.com | 1/6/2026 1:41:46 PM | SENT |
| Emily Hill | | ehill@manortx.gov | 1/6/2026 1:41:46 PM | SENT |
| Anne Weir | | aweir@manortx.gov | 1/6/2026 1:41:46 PM | SENT |
| Legal Counsel | | info@dalfen.com | 1/6/2026 1:41:46 PM | SENT |
| W Fusselman | | wfusselman@txamfoundation.com | 1/6/2026 1:41:46 PM | SENT |